UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- X
In re:

                                                     Case No. 10-15609

Louis Puesan                                     (Chapter 7)

                          Debtor(s).
--------------------------------------------------X

## STIPULATION AND ORDER
## EXTENDING TRUSTEE'S AND UNITED STATES
## TRUSTEE'S TIME TO OBJECT TO THE DEBTOR'S
## DISCHARGE AND/OR FILE MOTION UNDER 1 1 U.S.C. §707(b)

      IT IS HEREBY STIPULATED AND AGREED by and between the Debtor's counsel, the Trustee, and the United States Trustee as follows:

      1.     The time period within which the Trustee and the United States Trustee may object to the Debtor's discharge pursuant to 11 U.S.C. § 727 and/or the United States Trustee's time to file a motion pursuant to 11 U.S.C. § 707(b) be and are hereby extended to and including March 22, 2011, without prejudice to any further extension of time that the United States Trustee or the Trustee may seek.

      2.     This stipulation may be executed in counterparts and each such counterpart together with the others shall constitute one and the same instrument, and facsimile and scanned signatures herein shall be deemed to be original signatures.

      3.     The parties hereto consent to the entry of the stipulation as an order in this Chapter 7 case.

Dated: New York, New York                           PRO SE DEBTOR
          November 19, 2010

                                                         By: /s/ Louis Puesan_____
                                                         Name: Louis Puesan
                                                          Address: 4395 Broadway, Apt. #4B
                                                         City/State/Zip: New York, NY 10040
                                                         Telephone:

Dated: New York, New York  　　DEBORAH J. PIAZZA
 　　　November 19, 2010  　　　　CHAPTER 7 TRUSTEE

 　　　　　　　　　　　　　　　　By: /s/ Deborah J. Piazza_____
 　　　　　　　　　　　　　　　　Deborah J. Piazza, Chapter 7 Trustee
 　　　　　　　　　　　　　　　　Abrams Fensterman, et al.
 　　　　　　　　　　　　　　　　630 Third Avenue, 5th Floor
 　　　　　　　　　　　　　　　　New York, New York 10017
 　　　　　　　　　　　　　　　　Telephone: (212) 279-9200


Dated: New York, New York  　　TRACY HOPE DAVIS
 　　　November 22, 2010  　　　　UNITED STATES TRUSTEE


 　　　　　　　　　　　　　　　　By: /s/ Nazar Khodorovsky_____
 　　　　　　　　　　　　　　　　Nazar Khodorovsky, Esq.
 　　　　　　　　　　　　　　　　Trial Attorney
 　　　　　　　　　　　　　　　　33 Whitehall Street, 21st Floor
 　　　　　　　　　　　　　　　　New York, New York 10004
 　　　　　　　　　　　　　　　　Telephone: (212) 510-0500




 　　SO ORDERED this _____
 　　day of _____ ,2010


 　　_____
 　　United States Bankruptcy Judge